1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  STEPHANIE M. HINDS (CABN 154284)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6816
7      FAX: (415) 436-7234
       Email: stephanie.hinds@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CV 13-2690 EJD |
| Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER OF FORFEITURE |
| THE 25 FOOT 10 INCH, ACBLLC-BUILT ) | |
| VESSEL, MANFISH WITH THE HULL ID ) | |
| NO. SBK26VV3H900, ALONG WITH HER ) | |
| TACKLE, GEAR, AND ENGINES, AND THE ) | |
| EZLOA BOAT TRAILER WITH THE ) | |
| LICENSE NO. 4EU9551 AND THE VEHICLE ) | |
| IDENTIFICATION NO ) | |
| 1ZEAAEMA64A009137, ) | |
| Defendant. ) | |

Upon consideration of the Stipulation for Settlement and Joint Motion for Entry of Consent Order to Forfeiture regarding the defendant 25 foot 10 inch, ACBLLC-built vessel Manfish with hull ID no. SBK26VV3H900, along with her tackle, gear, and engines, and the Ezloa boat trailer with the license no. 4EU9551 and the California vehicle identification no. 1ZEAAEMA64A009137 (together, the "Manfish"), all other pleadings filed herein, and good cause appearing, the Court hereby accepts the settlement stipulation and GRANTS the joint motion for Entry of Consent Order to Forfeiture.

Order of Forfeiture
CV 13-2690 EJD                                1

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All right, title and interest in the defendant Manfish is forfeited and condemned to the United States;

2. The United States, through the appropriate agency, shall dispose of the defendant Manfish in accordance with the law;

3. Claimant, Oceans Futures Society, releases, forever discharges, and holds harmless the United States of America, and its agencies, officers, attorneys, agents, servants, employees, successors, and assigns from any and all claims, demands, damages, causes of action or suits, of whatever kind and description, and wheresoever situated, which it and its assigns, or any third party ever had, now have, or may have in the future in connection with the seizure, arrest, detention, and/or forfeiture of the Manfish;

4. Each party bears its own attorneys fees;

5. The Court retains jurisdiction to enforce the terms of the Settlement Stipulation and Order of Forfeiture.

IT IS SO ORDERED.   The Clerk shall close this file.

Dated: 10/7/2013

_____
HONORABLE EDWARD J. DAVILA
United States District Judge